UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| JUSTIN BRANHAM, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 6:23-cv-00009-GFVT-HAI |
| | ) | |
| V. | ) | |
| | ) | |
| KINGSFORD MANUFACTURING CO., | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

*** *** *** ***

This matter is before the Court upon the Report and Recommendation [R. 28] filed by United States Magistrate Judge Hanly A. Ingram, addressing the Motion for Sanctions filed by the Defendants. [R. 27.] Plaintiff Justin Branham has failed to take any action in this matter for eight months, despite urgings from both the Defendants and the Court. [R. 28 at 1.] Now, Kingsford Manufacturing is seeking dismissal pursuant to Fed. R. Civ. P. 37(b)(2) and 37(d)(1)(A)(ii). [R. 27 at 1.] After reviewing the record, Judge Ingram concluded that dismissal is warranted under Rule 37(b)(2)(A)(v) for failure to obey discovery orders and under Rule 41(b) for failure to prosecute. [R. 28 at 7.]

The Report and Recommendation notified parties of their appeal rights pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b) and directed parties to file any objections within fourteen (14) days of service of the Recommendation. [R. 28 at 8.] Neither party has filed objections.

Generally, this Court must make a *de novo* determination of those portions of the Report and Recommendation to which objections are made. 28 U.S.C. § 636(b)(1)(c). When no

objections are made, this Court is not required to "review . . . a magistrate's factual or legal conclusions, under a de novo or any other standard. . . ." *See Thomas v. Arn*, 474 U.S. 140, 151 (1985). Parties who fail to object to a magistrate's report and recommendation are also barred from appealing a district court's order adopting that report and recommendation. *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). Nevertheless, this Court has examined the record, and agrees with the Magistrate Judge's Report and Recommendation.

Accordingly, the Court having considered the record and being otherwise sufficiently advised, it is hereby **ORDERED** as follows:

1. The Recommended Disposition [**R. 28**] as to Defendants' Motion for Sanctions is **ADOPTED** as and for the Opinion of the Court;

2. Defendants' Motion for Sanctions **[R. 27]** is **GRANTED**;

3. This matter is **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 37(b);

4. This matter is **STRICKEN** from the Court's active docket; and

5. Judgment shall be issued promptly.

This the 20th day of March, 2024.

Gregory F. Van Tatenhove
United States District Judge